AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| United States of America<br>v.<br>Peter Beler<br>D.O.B. XX/XX/XXXX<br><br>*Defendant(s)* | )<br>)<br>)   Case No.<br>)<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of  between on or about March 5, 2019 and April 17, 2019  in the county of _____ in the _____ District of  Columbia , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. §§ 2252(a)(2) | did knowingly receive and distribute any child pornography as defined in 18 U.S.C. 2256(8), that has been mailed, or using any means or facility of interstate or foreign commerce shipped or transported in or affecting interstate or foreign commerce by any means, including by computer. |

This criminal complaint is based on these facts:

SEE ATTACHED STATEMENT OF FACTS

☑ Continued on the attached sheet.

*Complainant's signature*

Tonya Sturgill Griffith, Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 04/17/2019

*Judge's signature*

City and state:  Washington, D.C.   Deborah A. Robinson, U.S. Magistrate Judge
*Printed name and title*