**STATEMENT OF FACTS**

In March 2019, an Undercover Employee (UCE) used a law enforcement tool to review a list of Internet Protocol ("IP") addresses that (1) had been recorded as sharing suspected child pornography images or videos, identified by their unique SHA1 hash values, on a peer-to-peer ("P2P") file sharing network; and (2) were believed to resolve back to physical addresses located in the District of Columbia based on a commercial geolocation program utilized by the law enforcement tool. An IP address is unique to a particular computer during an online session and makes it possible for data to be transferred directly between computers. The law enforcement tool indicated that the IP address 216.15.18.105 ("Subject IP Address") was used to share known child pornography images and/or videos and that the computer using that IP address was physically located in the District of Columbia. On March 5, 2019, a UCE used a P2P software client program to connect directly to the Subject IP Address, which had multiple files being shared on the P2P file sharing network. The UCE initiated downloads from the Subject IP Address and partially or completely downloaded multiple files containing suspected child pornography stemming from the Subject IP Address. Examples of the downloaded files are the following:

a. The file identified as "12152648770144b.jpg" contains an image file that depicts a nude infant lying on her back. An adult's penis is seen near the girl's genitals and what appears to be ejaculate is seen on the girl's torso and genitals. This image is located in a subfile titled "Cum Babies".

b. The file identified as "20050601082847r.jpg" contains an image file that depicts a nude adult woman lying on her back and holding a nude toddler girl over her face. The woman is licking the toddler's genitals. This image is located in a subfile titled "Toddler PTHC extremely 0 – 10yo 2008".

  c. The file identified as "4yo_goddess05.jpg" contains an image file that depicts a toddler with an adult's penis in her mouth. This image is located in a subfile titled "!!! NEW 616 babypics - mixed&sorted".

 Law enforcement queried the America Registry for Internet Numbers (ARIN), which manages the distribution of IP addresses for the United States, and determined that the Subject IP Address is associated with RCN, an Internet Service Provider.

 On or about April 2, 2019, pursuant to an administrative subpoena, RCN revealed that on the date and during the time of the downloads described above, the Subject IP Address was assigned to subscriber Peter Beler (referred to hereinafter as BELER) for internet service provided to the service address of       , Washington, DC 20037.

 On or about April 2, 2019, open source and law enforcement sensitive data base searches indicated BELER resided at       , Washington, DC 20037 and appeared to be the sole resident of that apartment.

 On April 4, 2019, the General Manager for       , Washington, DC, confirmed that BELER was listed as a resident of Apartment    at that address.

 On April 17, 2019, a search warrant issued by your honor was executed at     , Washington, DC 20037. During the execution of the search warrant, BELER opened the front door to his apartment. He was removed to the hallway of the apartment building while law enforcement worked to clear the apartment. Law enforcement cleared the apartment and, in doing so, established that BELER was the only person who had been in the apartment at the time the search warrant was executed. After the apartment was cleared, law enforcement observed that BELER currently had his computer hooked up to his television screen and was using his television screen as a monitor for the computer. The computer was running a torrent program and the file names

being downloaded and/or uploaded were clearly visible on the television screen to law enforcement. Multiple file names visible on the screen were indicative of child pornography, including files that included terms such as "pedo" in the file name and names of child pornography series known to law enforcement. After observing these file names, law enforcement did an initial manual search of the computer. This search indicated that there were active torrent file uploads and downloads. Moreover, an initial search of a desktop folder revealed more than 2000 files of suspected child pornography depicting pre-pubescent children. An initial search of an associated cloud account revealed thousands of additional images and videos of child pornography.

After the apartment was cleared, but while the search was ongoing, BELER was brought back into the apartment and seated in a bedroom with law enforcement. BELER was told at that point that he was not under arrest and not required to speak to law enforcement. BELER identified himself, acknowledged that he was the only person who lived in the apartment and stated that he rarely leaves the apartment or receives visitors. BELER stated he did not wish to talk further. Later, however, BELER chose to speak with law enforcement again, and provided information regarding various electronic devices, including which devices he alleged did and did not have child pornography, which he referred to as "bad files" on them. He also acknowledged using torrent sites and downloading child pornography, but denied distributing child pornography.

BELER was arrested on April 17, 2019.

Respectfully submitted,

_____
Tonya Sturgill Griffith, Special Agent
Federal Bureau of Investigation

Subscribed and sworn to before me
on this _17th_ day of April, 2019.

_____
The Honorable Deborah A. Robinson
United States Magistrate Judge